IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | |
|---|---|
| COREY PENNINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>BRAM TRUCKING, LLC,<br><br>    Defendant. | CASE NO.: 2:25-cv-12224-RMG<br><br><br><br>**LOCAL RULE 26.01<br>INTERROGATORY RESPONSES<br>OF DEFENDANT** |

**TO:**   **THE UNITED STATES DISTRICT COURT**

Under the provisions of Local Rule 26.01, the Defendant responds to the Court's Rule 26.01 Interrogatories as follows:

A.   State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

**ANSWER**:   **The Defendant is not aware of any subrogation interest involved in this case.**

B.   As to each claim, state whether it should be tried jury or non-jury and why.

**ANSWER:**   **The Defendant asserts that this case should be tried via jury as the claims are for personal injury resulting from the negligence of the Defendant.**

C.   State whether the party submitting these responses is a publicly-owned company and separately identify (1) any parent corporation and any publicly held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a parent; and

(3) each publicly owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**ANSWER**:   No.

D.   State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). See Local Civ. Rule 3.01 (D.S.C.).

**ANSWER**:   **The motor vehicle accident giving rise to this lawsuit occurred in Dorchester County, South Carolina, which is within the Charleston Division.  The Defendant is not challenging the appropriateness of the Division.**

E.   Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal?  If so, provide (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.  Counsel should disclose any cases that may be related regardless of whether they are still pending.  Whether cases are related such that they should be assigned to a single judge will be determined by the clerk of court based on a determination of whether the cases arise from the same or identical 24 transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER**:   **The Defendant is not aware of any related cases pending in the District of South Carolina.**

F.   [Defendants only.] If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER**:   **The Defendant is properly identified.**

G. [Defendants only.] If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of their liability. 26.02: Rules for Answering Court Interrogatories.

**ANSWER:** **None at this time.**

H. Parties or Intervenors in a Diversity Case. In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).

**ANSWER:** **The Plaintiff is a citizen and resident of the State of Florida. The Defendant is a North Carolina limited liability corporation with its headquarters in Mount Holly, North Carolina.**

                                                 BREHMER LAW FIRM, LLC

                            By:    *s/ L. Darby Plexico, III*
                                    L. Darby Plexico, III (Fed. Bar 9585)
                                    Post Office Box 7966
                                    Columbia, South Carolina 29202
                                    (803) 771-6600
                                    LDP@brehmerlawfirm.com
                                    *Attorney for Defendant*

Columbia, South Carolina
November 4, 2025