IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| COREY PENNINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>BRAM TRUCKING, LLC,<br><br>    Defendant. | C/A No.: 2:25-cv-12224-RMG<br><br><br><br>**JOINT LOCAL RULE 26.03 REPORT** |

The parties jointly submit the following report pursuant to Local Rule 26.03:

(1)    A short statement of the facts of the case.

    **RESPONSE:**

    This case arises out of a motor vehicle accident that occurred on March 18, 2025 on Dorchester Road in Dorchester County, South Carolina. The Plaintiff was driving a 2019 Honda Civic. Shaquille Lingard was driving a tractor trailer owned by Defendant Bram Trucking, LLC. The vehicles collided on Dorchester Road.

(2)    The names of the fact witnesses likely to be called by the party and a brief summary of their expected testimony.

    **RESPONSE:**

        1.    **Corey Pennington**
            **613 Fordham Lane**
            **Metter, GA 30439**

            **Mr. Pennington is the Plaintiff in this case, and he is expected to testify as to his knowledge regarding the facts and circumstances surrounding the accident and his alleged injuries and damages.**

        2.    **Shaquille Lingard**
            **966 Dixie Road**
            **Cottageville, SC 29435**

            **Mr. Lingard was driving a tractor trailer that was owned by the Defendant, and he is expected to testify as to his knowledge of the facts and circumstances surrounding the accident and any knowledge he may possess regarding the Plaintiff's alleged injuries and damages.**

      3.  A representative of Bram Trucking, LLC
          132 Tasman Drive
          Mount Holly, NC 28120

**Bram Trucking, LLC is the Defendant in this case, and a representative is expected to testify as to any knowledge of the facts and circumstances surrounding the accident and any knowledge he/she may possess regarding the Plaintiff's alleged injuries and damages.**

      4.  Investigating officer

**The investigating officer for this accident would be expected to testify as to his/her investigation.**

**Each party reserves the right to call any witnesses named by the Plaintiff and Defendant to this action. Further, the parties will supplement these disclosures upon receipt of additional information concerning potential witnesses.**

(3)    The names and subject matter of expert witnesses (if no witnesses have been identified, the subject matter and field of expertise should be given as to experts likely to be offered).

    **RESPONSE:**

    **The parties have not retained experts at this time. The parties may call experts in the fields of accident reconstruction or human factors to address liability for the accident and/or medical professionals to testify regarding the cause and extent of the Plaintiff's injuries.**

(4)    A summary of the claims or defenses with statutory and / or case citations supporting same.

    **RESPONSE:**

    **The Plaintiff has filed a personal injury negligence action against the Defendant for this motor vehicle accident. The Complaint also requests punitive damages.**

    **The Defendant's Answer raises a general denial and affirmative defenses of comparative negligence and common law and statutory caps on punitive damages.**

(5)    Absent special instructions from the assigned Judge, the parties shall propose dates for the following deadlines listed in local Civil Rule 16.02.

    **RESPONSE:**

    **On November 4, 2025, the Court entered a Conference and Scheduling Order setting forth dates and deadlines for the parties. This Order was reviewed by the parties prior to the Rule 26(f) conference. The parties have submitted a Proposed Consent Amended Scheduling Order that provides a three-month extension on most of the deadlines in the initial Order. The parties are requesting this extension because the Plaintiff is still treating for the accident.**

(6)　　　The parties shall inform the Court whether there are any special circumstances which would affect the time frames applied in preparing the scheduling order.　　See General Local Civil Rule 16.02(C) (Content of Scheduling Order)

**RESPONSE:**

**The parties have submitted a Proposed Consent Amended Scheduling Order that provides a three-month extension on most of the deadlines in the initial Order for the reasons specified in response to Paragraph 5.**

(7)　　　The parties shall provide any additional information requested in the Pre-Scheduling Order (Local Civil Rule 16.01) or otherwise requested by the assigned judge.

**RESPONSE:**

**Not applicable.**

| | |
|---|---|
| *s/ James G. Biggart* | *s/ L. Darby Plexico, III* |
| James G. Biggart, II, Esquire (Fed. Bar 14195) | L. Darby Plexico, III, Esquire (Fed. Bar 9585) |
| Morgan & Morgan, PA | Brehmer Law Firm, LLC |
| 4401 Belle Oaks Drive, Suite 300 | 1720 Main Street, Ste 201 |
| North Charleston, SC 29405 | Columbia, SC  29201 |
| jbiggart@forthepeople.com | LDP@brehmerlawfirm.com |
| (843) 973-5186 | (803) 771-6600 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

Dated:  December 9, 2025