IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| COREY PENNINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>BRAM TRUCKING, LLC,<br><br>    Defendant. | C/A No.: 2:25-cv-12224-RMG<br><br><br><br>**JOINT DISCOVERY PLAN** |

TO:   THE UNITED STATES DISTRICT COURT:

The parties jointly submit the following Rule 26(f) Discovery Plan pursuant to Rule 26(f) of the Federal Rules of Civil Procedure.

### CIVIL RULE 26(f) DISCOVERY PLAN

(A)   What changes should be made in the timing, form, or requirement for disclosures under Rule 26(a), including a statement of when initial disclosures were made or will be made.

   **RESPONSE:**

   **None.**

(B)   The subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused on particular issues.

   **RESPONSE:**

   **Discovery will be needed into the facts and circumstances surrounding the allegations of the complaint, liability, the Plaintiff's damages, and the defenses asserted in the Defendant's Answer.**

(C)   Any issues about disclosure or discovery of electronically stored information, including the form or forms in which it should be produced.

   **RESPONSE:**

   **The parties agree that they will produce electronic information in the information's native digital format where feasible and available. The parties do not waive their right to**

**object to the disclosure of certain information. The parties do not anticipate any other issues regarding discovery of electronically stored information at this time.**

(D)     Any issues about claims of privilege or of protection as trial-preparation materials, including – if the parties agree on a procedure to assert these claims after production – whether to ask the Court to include their agreement in an order.

**RESPONSE:**

**Issues about claims of privilege or protection as trial-preparation materials have not arisen at this time.**

(E)     What changes should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed.

**RESPONSE:**

**The parties are not aware of any changes that should be made on the limitations on discovery at this time.**

(F)     Any other orders that the Court should issue under Rule 26(c) or under Rule 16(b) and (c).

**RESPONSE:**

**The parties are not aware of any additional orders that the Court should enter under these rules at this time.**

| | |
|---|---|
| *s/ James G. Biggart* | *s/ L. Darby Plexico, III* |
| James G. Biggart, II, Esquire (Fed. Bar 14195) | L. Darby Plexico, III, Esquire (Fed. Bar 9585) |
| Morgan & Morgan, PA | Brehmer Law Firm, LLC |
| 4401 Belle Oaks Drive, Suite 300, | 1720 Main Street, Ste 201 |
| North Charleston, SC 29405 | Columbia, SC  29201 |
| jbiggart@forthepeople.com | LDP@brehmerlawfirm.com |
| (843) 973-5186 | (803) 771-6600 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

Dated:  December 9, 2025

2