IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| COREY PENNINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>BRAM TRUCKING, LLC,<br><br>    Defendant. | C/A No.: 2:25-cv-12224-RMG<br><br>**AMENDED SCHEDULING ORDER**<br><br>Judge Richard Mark Gergel |

    Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the following schedule is established for this case. This Order is entered to administer the trial of cases in a manner consistent with the ends of justice, in the shortest possible time, and at the least possible cost to litigants. Discovery may begin upon receipt of this Order.

1. Rule 26(f) Conference: A conference of the parties pursuant to Fed. R. Civ. P. 26(f) shall be held no later than November 25, 2025.

2. Rule 26(a)(1) Initial Disclosures: No later than December 09, 2025, the required initial disclosures under required initial disclosures Fed. R. Civ. P. 26(a)(l) shall be made.

3. Rule 26(f) Report: No later than December 09, 2025, the parties shall file a Fed. R. Civ. P. 26(f) Report in the form attached to this order.

4. Mediation: See mediation order.

5. Amendment of Pleadings: Motions to join other parties and amend the pleadings shall be filed no later than **May 04, 2026.**

6. Expert Witnesses: Parties shall file and serve a document identifying by full name, address, and telephone number each person whom they expect to call as an expert at trial and certifying that a written report prepared and signed by the expert including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to the parties by the following dates:
       Plaintiff: **June 02, 2026**
       Defendant: **July 02, 2026**

7. Records Custodian Witnesses: Counsel shall file and serve affidavits of records custodian witnesses proposed to be presented by affidavit at trial no later than

        **July 09, 2026**. Objections to such affidavits must be within fourteen (14) days after the service of the disclosure. (See Fed. R. Evidence. 803(6), 902(11), or 902(12) and Local Civil Rule 16.02(D)(3)).

8. <u>Discovery</u>: Discovery shall be completed no later than **August 03, 2026**. All discovery requests shall be served in time for the responses thereto to be served by this deadline. De bene esse depositions must be completed by the discovery deadline. No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02.

9. <u>Motions in Limine</u>: Motions in limine must be filed no sooner than fifteen (15) days and no later than ten (10) days prior to the date certain set for jury selection and trial.

10. <u>Dispositive Motions and Daubert Motions</u>: All dispositive motions and Daubert motions shall be filed on or before **August 17, 2026.**

11. <u>Pretrial Disclosures</u>: No later than **twenty-one (21) business days prior to jury selection**, the parties shall file and exchange Fed. R. Civ. P. 26(a)(3) pretrial disclosures. Within fourteen (14) days thereafter, a party shall file and exchange Fed. R. Civ. P. 26(a)(3) objections, any objections to use of a deposition designated by another party and any deposition counter-designations under Fed. R. Civ. P. 32(a)(4).

12. <u>Pretrial Briefs</u>: Parties shall furnish the Court and serve pretrial briefs **five (5) business days prior to the date set for jury selection** (Local Civil Rule 26.05). Attorneys shall meet at least five (5) business days prior to the date set for submission of pretrial briefs for the purpose of exchanging and marking all exhibits. See Local Civil Rule 26.07.

13. <u>Trial</u>: This case is subject to being called for jury selection and/or trial on or after **December 01, 2026.**

    The parties' attention is directed to the Special Instructions for Cases Before Judge Ricard Mark Gergel, available on the District Court's website at www.scd.uscourts.gov.

                                                    s/ Richard Mark Gergel
                                                    The Honorable Richard Mark Gergel
                                                    United States District Judge

December 9, 2025
Charleston, South Carolina