IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| COREY PENNINGTON, | C/A No.: 2:25-cv-12224-RMG |
| Plaintiff, | |
| v. | |
| BRAM TRUCKING, LLC, | **CONSENT MOTION TO EXTEND MEDIATION DEADLINE** |
| Defendant. | |

COMES NOW Defendant, Bram Trucking, LLC, by and through its undersigned counsel, respectfully submitting this Consent Motion to Extend Mediation Deadline pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for an Order to extend the mediation deadline to July 15, 2026.

The Court previously entered an Order to conduct mediation on December 9, 2025. The deadline for mediation in that Order was no later than June 4, 2026. The parties have been diligently working on written discovery and deposition over the last several months. The deposition of the Plaintiff has been completed. The 30(b)(6) deposition of the Defendant and the deposition of the Defendant's truck driver have been scheduled for late May. The parties then need additional time to evaluate those depositions and obtain settlement authority. Mediation has been scheduled for June 30, 2026 with mediator Amy Gaffney. The parties are jointly requesting an extension of the mediation deadline to July 15, 2026 to allow time for this remaining discovery and for the currently scheduled mediation.

I SO MOVE:

s/ L. Darby Plexico, III
L. Darby Plexico, III, Esquire (Fed. Bar 9585)
Brehmer Law Firm, LLC
1720 Main Street, Suite 201
Columbia, SC  29201
LDP@brehmerlawfirm.com
(803) 771-6600
Attorney for Defendant

I SO CONSENT:

s/ M. Cooper Klaasmeyer
M. Cooper Klaasmeyer, Esquire (Fed. Bar 14272)
James G. Biggart, II, Esquire (Fed. Bar 14195)
Morgan & Morgan, PA
4401 Belle Oaks Drive, Suite 300
North Charleston, SC 29405
jbiggart@forthepeople.com
cooper.klaasmeyer@forthepeople.com
(843) 973-5186
Attorneys for Plaintiff

Dated:  May 22, 2026