IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| COREY PENNINGTON, | C/A No.: 2:25-cv-12224-RMG |
| Plaintiff, | |
| v. | **ORDER EXTENDING MEDIATION DEADLINE** |
| BRAM TRUCKING, LLC, | Judge Richard Mark Gergel |
| Defendant. | |

THIS MATTER comes before the Court on the parties' Consent Motion to Extend Mediation Deadline pursuant to Rule 6(b) of the Federal Rules of Civil Procedure.

The Court previously entered an Order to conduct mediation on December 9, 2025. The deadline for mediation in that Order was no later than June 4, 2026. The parties have been diligently working on written discovery and deposition over the last several months. The deposition of the Plaintiff has been completed. The 30(b)(6) deposition of the Defendant and the deposition of the Defendant's truck driver have been scheduled for late May. The parties then need additional time to evaluate those depositions and obtain settlement authority. Mediation has been scheduled for June 30, 2026 with mediator Amy Gaffney. The parties are jointly requesting an extension of the mediation deadline to July 15, 2026 to allow time for this remaining discovery and for the currently scheduled mediation.

The Court, having reviewed the Motion, finds that the parties have shown good cause for extending the mediation deadline under these circumstances. Therefore,

IT IS ORDERED, ADJUDGED AND DECREED that the parties' Consent Motion to Extend Mediation Deadline is GRANTED and the mediation deadline is extended to July 15, 2026 in this case.

IT IS SO ORDERED

_____
The Honorable Richard Mark Gergel
United States District Judge

Dated: _____
Charleston, South Carolina