**IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| Corey Pennington, | Case No.: 2:25-cv-12224-RMG |
| *Plaintiff,* | |
| | **PLAINTIFF'S RULE 26(A)(2) EXPERT WITNESS DISCLOSURES** |
| vs. | |
| Bram Trucking, LLC, | |
| *Defendants.* | |

Plaintiff Corey Pennington hereby submits his expert disclosures as required by Fed. R. Civ. P. 26(a)(2) and the Court's Amended Case Management and Scheduling Order, Dkt. 14. Plaintiff discloses the following expert witnesses who Plaintiff expects to call to offer opinions and testify at trial:

1.     **Paul White, MD, LCP**

Plaintiff retained Dr. White to prepare a life care plan for Plaintiff's future medical needs and medical expenses resulting from the injuries sustained in the subject collision. Dr. White will offer opinions within a reasonable degree of medical probability on the Plaintiff's future medical needs and the reasonable costs of the same. Plaintiff provided reports from this expert with the contents required by Fed. R. Civ. P. 26(a)(2)(B) to Defendants and their counsel on June 2, 2026.

Additionally, Plaintiff reserves the right to call his treatment providers as witnesses. Plaintiff anticipates that his treatment providers will qualify as experts by knowledge, skill, experience, training, or education, and Plaintiff reserves the right to elicit testimony regarding each provider's opinions, if any, regarding the cause, diagnosis, treatment, and prognosis of Plaintiff's injuries. Plaintiff's treating providers who Plaintiff expects to call to testify at trial and are known currently are as follows:

1.  **Donald E. Olofsson, DO**

Dr. Olofsson is a diagnostic radiologist who has read the magnetic resonance imaging of Plaintiff's right shoulder, cervical spine, and lumbar spine. Dr. Olofsson is expected to testify regarding his opinions of the imaging consistent with Dr. Olofsson's medical records.

2.  **Jason Highsmith, MD**

Dr. Highsmith is a board-certified neurosurgeon who has provided treatment for Plaintiff's injuries following this crash. Plaintiff expects Dr. Highsmith to testify regarding his treatment of Plaintiff's injuries, his opinions regarding the causation of Plaintiff's injuries, and his recommendations for future care, consistent with Dr. Highsmith's medical records.

3.  **Leonard Goldschmidt, Psy.D**

Dr. Goldschmidt is a clinical neuropsychologist who has provided treatment for Plaintiff's brain injury following this crash. Dr. Goldschmidt is expected to testify regarding his treatment of Plaintiff's brain injury, his opinions regarding the causation of Plaintiff's injuries, and his recommendations for future care, consistent with Dr. Goldschmidt's medical records.

4.  **Jason C. Phelps, MD**

Dr. Phelps is an emergency room physician who provided treatment for Plaintiff's injuries on the day of the subject crash. Dr. Phelps is expected to testify regarding his treatment of Plaintiff's injuries and his opinions regarding the causation of Plaintiff's injuries consistent with Dr. Phelps' medical records.

Because Plaintiff's medical care is ongoing, Plaintiff reserves the right to supplement his list of treatment providers and to call any treatment provider as a witness at the trial of this case. Plaintiff also reserves the right to supplement this disclosure later should the case develop in such a way to warrant additional expert testimony on Plaintiff's behalf. Plaintiff further reserves the right to elicit expert testimony from individuals named as experts by other parties, as well as other witnesses later identified who may qualify as experts under the Rules of Evidence.

[*Signature on Following Page*]

**MORGAN & MORGAN, P.A.**
 */s/Cooper Klaasmeyer*
Cooper Klaasmeyer, Esq.
Federal Bar No. 14272
E-Mail: cooper.klaasmeyer@forthepeople.com
4401 Belle Oaks Drive, Suite 300,
North Charleston, SC 29405
(843) 973-5438
*Counsel for Plaintiff*

North Charleston, SC
June 2, 2026